SUSAN JANE BROWN (OSB #054607)
SANGYE INCE-JOHANNSEN (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, Oregon 97401
(503) 914-1323 | Phone
(541) 778-6626 | Phone
brown@westernlaw.org
sangyeij@westernlaw.org

BRODIA NARDI MINTER (OSB #164414)
Klamath Siskiyou Wildlands Center
P.O. Box 102
Ashland, Oregon 97520
(541) 488-5789 | Phone
Brodia@kswild.org

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, CASCADIA WILDLANDS, and SODA MOUNTAIN WILDERNESS COUNCIL, | Civ. Case No. 1:19-cv-02069-CL |
| *Plaintiffs,* | **FIRST DECLARATION OF HARRY FULLER** |
| vs. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| *Defendant.* | |

I, HARRY FULLER, declare as follows:

1.      I am the author of HARRY FULLER, FREEWAY BIRDING SAN FRANCISCO TO SEATTLE

(2013) and co-author of PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN

CALIFORNIA OREGON AND WASHINGTON (2015).

**PAGE 1 – FIRST DECLARATION OF HARRY FULLER**

2.      I maintain a birding blog at https://atowhee.blog (*last visited* March 24, 2020) in which sightings of great gray owls in the vicinity of Howard Prairie Oregon are a primary focus.

3.      I am the co-founder of the Mountain Bird Festival in Ashland, Oregon, started in 2014.

4.      The following chronology is intended to establish my extensive interest in, and concern for, great gray owl populations in the vicinity of the Griffin Half Moon timber sale near Howard Prairie. I have kept a journal of my birding endeavors and the following excerpts are a recorded recollection of my personal experiences with great gray owls in the vicinity of Howard Prairie Lake.

5.      I am providing a sample of my blog posts as exhibits to this declaration. A full hard copy of specific blog posts by date are available upon request of the court.

6.      A number of direct quotes from my book, GREAT GRAY OWL IN CALIFORNIA OREGON AND WASHINGTON are also referenced in the following paragraphs.

7.      The great gray owls and their habitat in the vicinity of the Griffin Half Moon timber sale have played a key role in my life since 2007 and are of the utmost importance to me. Harm to these owls and their habitat would negatively affect many elements of my life. Their wellbeing is essential to my core values, lifestyle, interests, and happiness. I provide a chronology of events related to my study of the great gray owl between the dates of 2007 and 2019 below.

8.      **August 2007.** My wife and I move full-time to Ashland where we had owned a house since 1999. I had never seen a great gray owl while living in California across four decades.

9.      May 31, 2008. Fellow birder and Ashland resident, Dick Ashford, takes me to a great gray owl female sitting on her nest. This was near Hyatt Lake. It is a life bird for me. I thought this first viewing would be one of many. On my blog that day I wrote: "'Great' has been overused and undervalued: in this case it's the only word that fits." I continued in the blog

**PAGE 2 – FIRST DECLARATION OF HARRY FULLER**

sharing some of my first research on the great gray owl: "Great Gray Owl are here in small numbers year-round.  Unlike the puny Mountain Chickadee or the faint-hearted Green-tailed Towhee they neither migrate southward nor head downhill into town and farmland when the snows hit.  They stay in the deep forest all winter, hunting by ear in the snow-filled meadows.  Catching small mammals by hearing them move beneath the snow, they crash, talons first, through the white, crusted canopy to take their pray.  In winter they often leave large wing-marks on the snow where they've plunged down. This owl is not abundant anywhere in its range. BIRDS OF OREGON (Marshall, et al.) says the bird is rare to uncommon in this state.  From stories hereabouts, extremely shy might be more accurate."

10.    **May 22, 2013.** For the first time I find and identify a great gray owl myself. That day I was showing some birding clients (from Gilroy, CA) our mountain birds and we spotted a hunting great gray owl near Howard Prairie. Harry Fuller, *The Gray Eminence* (May 22, 2013), https://atowhee.blog/2013/05/22/the-gray-eminence/.

11.    **May 23, 2013 and following weeks.** Based on my previous day's sighting, (described above), Peter Thiemann visits the location. He tracks down the private landowner, gets permission to go onto the land, and he begins spending whole days at the site. Peter finds the decade-old nest platform being used by incubating female. All of spring and early summer in 2013, he follows developments, getting many photos of mother, male owl, two nestlings and then fledglings. I begin my research into the owls of California, Oregon and Washington, the southernmost great gray owl population on earth. I learn that the great gray owl is on the state endangered list in California. Harry Fuller, *Great Gray Gallery* (May 23, 2013) https://atowhee.blog/2013/05/23/great-gray-gallery/.

**PAGE 3 – FIRST DECLARATION OF HARRY FULLER**

12.    **June 4, 2013.** Peter Thiemann has suggested we collaborate on a book about the great gray owls along the West Coast.

13.    **June 12, 2013.** Peter gets photo of what we came to recognize as the larger, darker female of the pair in the meadow and woods next to Howard Prairie. Harry Fuller *Great Gray Update* (June 12, 2013) https://atowhee.blog/2013/06/12/great-gray-update/.

14.    **June 21, 2013.** I lead a lot of field trips, some as volunteer, some as paid guide. One group that has hired me over the years is Golden Gate Audubon from San Francisco/Berkeley. The great gray owl had become the most-sought species for visitors birding in Jackson County. The following is my blog journal about the day I showed those Bay Area birders a great gray owl which we found at dusk, after 8:30PM. Harry Fuller, *Great Gray Day* (June 21, 2013) https://atowhee.blog/2013/06/21/great-gray-day/.

15.    **June 27, 2013.** Klamath Bird Observatory field trip to Malheur begins: nine birders in the caravan head east. The whole group stops to look at a great gray owl along Dead Indian Memorial Road in the morning. We saw the bird drying in the sun after hunting in the wet grass. Owls are not waterproof, like, say, ducks. Harry Fuller, *Off to Malheur* (June 27, 2013) https://atowhee.blog/2013/06/27/off-to-malheur/.

16.    **July 9, 2013.** Peter Thiemann and I leave my home in Ashland at 4:50AM to go to the great gray owl nest site he has been monitoring and photographing. The young are branching, short hops, a bit of coasting between limbs at least forty feet up in the Doug-firs. We spend the day there watching the two fluffy-feathered nestlings. I kept a journal while we watch. In early afternoon I wrote this: "The female is about twenty feet above the ground and less than ten yards away…she sits next to the trunk with no limbs between us and her. She's positioned herself where she could watch us watch her offspring. Now [we had just noticed her behind us] she

**PAGE 4 – FIRST DECLARATION OF HARRY FULLER**

gives us a sharp, steady stare. She is unflinching and seems no-blinking....She is unperturbed. Millions of years of evolution to alpha predator, lord of the realm, in crucial ways superior to all she surveys."

17.     **August 2013.** I begin working on research for a book on great gray owls that Peter Thiemann and I have decided needs to be done. It would focus on the great gray owl population in CA-OR-WA, the southernmost in the world. I learn that the first owl surveys on federal land in Oregon began in 1994 under the Northwest Forest Plan. The focus was the northern spotted owl, a threatened species. However, biologists began reporting great gray owls as well in some areas.

18.     I read through the 2012 "Conservation Assessment Plan" for BLM and National Forests in California, Oregon, and Washington State. "Since the inception of the Northwest Forest Plan...in 1994, a concerted effort in the Oregon Western Cascades, Oregon Eastern Cascades, and Oregon Klamath providences has greatly increase in the number of great gray owls known in these areas. Now, over 115 known sites (pairs or nests) are known within this geographic region." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON (2015); *see also*, USFS Region 6, USDI BLM Oregon and Washington, *Conservation Assessment for the Great Gray Owl*, April 2012 *available at* https://www.fs.fed.us/r6/sfpnw/issssp/documents2/ca-bi-strix-nebulosa-2012-05.pdf.

19.     As I point out in my book, "1994—The Northwest Forest Plan is adopted. It places the Great Gray Owl on a "survey and manage" list of species for the first time. On public lands any known Great gray nest sites have to be left within a 100-acre circle of unlogged land." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 63 (2015).

**PAGE 5 – FIRST DECLARATION OF HARRY FULLER**

20.     Subsequently, the Forest Service and BLM establish and update their survey protocols for locating and protecting known sites of great gray owls.  Specifically, the *2016 Survey Protocol for Great Gray Owls* states that after an owl site (either a pair or resident single) is located, "a 30 acre management area is delineated for nests or paired owls [or resident singles], covering the best potential habitat for the species. Within these 30 acres, management treatments are limited to the protection or improvement of nesting habitat. In addition, a ¼ mile protection zone is created around each nest/pair. Within this protection zone, a 300 ft buffer is established around meadows and natural openings greater than [or equal to] 10 acres. Within these buffers, treatments are limited to protection or improvement of nesting habitat." Huff, R.; Godwin, S., *Survey protocol for great gray owl (*<u>*Strix nebulosa*</u>*) within the range of the Northwest Forest Plan, Version 4.0*, 31 (2016).

21.     **September 3, 2013.** Steve Godwin, chief biologist in the BLM Medford office, told me that his crews currently survey southern Jackson County, including Howard Prairie area for Spotted and great gray owls annually from April 1 through mid-July. Each survey area (there are fifty) gets six visits and the calls are played. The 2013 surveys got vocal responses in nine locations—eight in the Cascades, one in the Applegate. It is known that great grays are far less likely to respond to played calls than most predators. They often ignore the sound of another owl and thus go undetected. When a great gray owl is found during nesting season, the BLM protocol at this time is to delineate "a 30 acre management area...for nests or paired owls [or resident singles], covering the best potential habitat for the species. Within these 30 acres, management treatments are limited to the protection or improvement of nesting habitat. In addition, a ¼ mile protection zone is created around each nest/pair. Within this protection zone, a 300 ft buffer is established around meadows and natural openings greater than [or equal to] 10 acres. Within

**PAGE 6 – FIRST DECLARATION OF HARRY FULLER**

these buffers, treatments are limited to protection or improvement of nesting habitat." Huff, R.; Godwin, S., *Survey protocol for great gray owl (Strix nebulosa) within the range of the Northwest Forest Plan, Version 4.0*, 31 (2016).

22.     As I explain in my book, "The Bureau of Land Management biologist with the most knowledge about great gray owls in Jackson County, Oregon, Steve Godwin, estimates there are as many as 300 of the birds in that single county. Most would be found in the Cascades. Yet his survey teams in 2014 could find not a single active nest though they did encounter some fledglings and parenting birds. Through private connections that same year the authors found only two active nests and each fledged only a lone owlet in that drought summer. … Oregon with its climate, large mountain forests and meadow complexes has the largest population of great gray owl's in the three Pacific States…and has what appears to be a stable population, it's the core area from which other areas might be populated." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 80-81 (2015).

23.     "…[I]t's likely the largest number of Great Gray Owls in the Pacific States in in the southwestern and south central part [of] Oregon, Southern and Central Cascades…" PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 76 (2015).

24.     **September 15, 2013.** I note in my journal that I have begun work on a manuscript for the GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON book. I make contact with a private individual who is putting up nest platforms for great gray owls in Klamath County. Peter and I begin discussing a platform program for Jackson County.

25.     **September 26, 2013.** I find great gray owl along Dead Indian Memorial Road en route to Klamath to meet my birding group from Pt. Reyes Field Institute. One birder with me, Felix

Rigau, takes dozens of pictures, is elated at his first sighting of a great gray owl. Harry Fuller, *My 4:30 Appointment* (Sept. 26, 2013) https://atowhee.blog/2013/09/26/my-430-appointment/.

26.      **September 28, 2013.** Leading a three-day trip for birders from Pt. Reyes Field Institute, our whole group (of eleven birders) find a great gray owl along Dead Indian Memorial Road late one afternoon. It was an adult male followed around by two nearly full-grown juveniles, begging vocally for food. As we left the owls' meadow, the birders broke into spontaneous applause. The owl had been hunting from various perches. Harry Fuller, *Great Gray Applause* (Sept. 28, 2013) https://atowhee.blog/2013/09/28/great-gray-applause/.

27.      **September 29, 2013.** The very same adult male and his two off-spring mentioned at line 27 are seen regularly hunting a meadow south of Dead Indian Memorial Road about one mile east of Lily Glen Campground, itself on the north end of Howard Prairie Lake. Late in the month and late in the day with little light, Peter Kriesman of Ashland gets photo of the trio perched together. The female generally leaves the nesting area as soon as the young can fly to follow their father. He then feeds and instructs the juveniles in being owls. This family group was noticed until several days into October. Harry Fuller, *Owl As a Media Star* (Sept. 30, 2013) https://atowhee.blog/2013/09/30/owl-as-media-star/.

28.      The repeat appearances of great gray owl in this roadside meadow, described at line 26, of less than ten acres bears out two facts: 1) This meadow's small spring-fed stream provides enough food for a robust population of small rodents that the great gray owl needs to eat and feed his two fledglings; 2)  "[t]he great gray owl's territory is much smaller than that maintained by other large forest birds like Pileated Woodpecker, Common Raven or Northern Goshawk." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 92 (2015). It can often be just a few acres as long as they supply enough food.

**PAGE 8 – FIRST DECLARATION OF HARRY FULLER**

Small meadows are crucial as they will not hunt large open spaces like a harrier or a Short-eared Owl will.

29.    In my book, I explain that "Great Grays rarely soar more than 160 feet from perch to prey. Longer flights would presumably make them vulnerable to predators such as the Great Horned Owl. The average flight distance from perch to prey I one study was about 35 feet." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 41 (2015).

30.    **Late September 2013.** Peter Thiemann finds a hunting great gray owl along Keno Access Road, just east of Howard Prairie Reservoir.

31.    **October 1, 2013.** Peter Thiemann and I watch a great gray owl hunting in meadow along Keno Access Road in the evening.

32.    **October 3, 2013.** I find a great gray owl hunting along Keno Access Road. Through reading and observation, it is becoming clearer what habitat characteristics these birds need. In my blog that day I write "The GGO usually hunts from a fairly low listening post where it can focus its hearing and eyes on ground-dwelling rodents." These birds need meadows clear of most brush and small trees. They must always catch prey on the ground so they must be able to get to ground without rocks or logs or brush or trees in the way. Fence posts, old stumps, fallen tree trunks, and twenty-foot high limbs along the edge of a clearing are typical listening post when they hunt. The Keno Access meadow must support a good population of rodents, thus fertile soil, neither water-covered nor arid in summer. The owls prefer smaller meadows to the larger ones that attract harrier or short-eared Owls. The meadows they use are often adjacent to mature trees providing good nesting and roosting cover with a dense canopy to protect the great gray owl and its nest from above. The pocket meadows, the lakeshore and the maturing forests around Howard

**PAGE 9 – FIRST DECLARATION OF HARRY FULLER**

Prairie provide all these elements in abundance, making it an ideal area for these birds. Thirty miles away, in the Siskiyous around Mt. Ashland, there are no great gray owls. The meadows there are geologically older and are heavily covered by dense, low-growing shrubs. That would make hunting impossible for great gray owls even though there are plenty of rodents there. Over time I will learn that great gray owls don't even go south of Jackson County because the Cascades in Siskiyou County slope south, get too dry in summer, have a heavy covering of ceanothus and other shrubs. I speak with California Fish & Wildlife biologist Joe Croteau who's served in that county for many years—no confirmed report of great gray owls in the history of Siskiyou County, no habitat. Over rest of this month I make repeated trips to Howard Prairie area, most do not yield great gray owl sighting. Harry Fuller, *Big Owl, Little Owl* (Oct. 2, 2013) https://atowhee.blog/2013/10/02/big-owl-little-owl/.

33.    A summary of great gray owl preferred hunting methods: "The Great Gray Owl hunts in open meadows, marshy areas and even in more open areas of the forest floor. They cannot effectively track prey where there is thick brush or piles of limbs on the covering the ground. Best perches for hunting are low branches, fence posts or short, broken tree trunks. These are the owl's listening posts." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 37 (2015).

34.    **October 15, 2013.** More images of great gray owl, this sequence shows adult hunting. Also, visiting Bay Area birder finds great gray owl to photograph along Dead Indian Memorial Road just east of Howard Prairie. Harry Fuller, *Seeing Gray* (Oct. 15, 2013) https://atowhee.blog/2013/10/15/seeing-gray/.

**PAGE 10 – FIRST DECLARATION OF HARRY FULLER**

35.    **November 5, 2013.** Peter Thiemann and I find two great gray owls, each in a separate meadow near Howard Prairie but at least two air miles apart. Harry Fuller, *The Owl Goddess is Generous* (Nov. 5, 2013) https://atowhee.blog/2013/11/05/the-owl-goddess-is-generous/.

36.    **November 27, 2013.** Peter Thiemann and I meet up with Peter Trueblood who recently purchased over 300 acres along Keene Creek and around Little Hyatt Reservoir north of Hwy 66. We bird his land and find both great gray owl and northern pygmy-owl. He has bought the land, he says, to prevent I from being logged. Peter and I have already begun a nest platform program based on donations to the Rogue Valley Audubon Society. Subsequent to this visit we add a platform to Trueblood's woods.

37.    **December 25, 2013.** My daughter and I find our Christmas Day great gray owls, two on meadow next to Howard Prairie Lake. Harry Fuller, *The Owls of Christmas* (Dec. 25, 2013) https://atowhee.blog/2013/12/25/the-owls-of-christmas-2013/.

38.    **December 30, 2013.** Hunting great grays but found woodpeckers instead. Harry Fuller, *Owl Hunt Takes a Turn* (Dec. 30, 2013) https://atowhee.blog/2013/12/30/owl-hunt-takes-a-turn/.

39.    **January 24, 2014.** I make trip to Bay Area. One stop is at Lindsay Museum in Walnut Creek where they have a captive great gray owl that is part of their educational program. Her name is Shadow. Harry Fuller, *Meet Shadow* (Jan. 24, 2014) https://atowhee.blog/2014/01/24/meet-shadow/.

40.    **March 1, 2014.** My daughter and I find great gray owl hunting in light rain around 4:30 p.m. in meadow adjacent to Howard Prairie. Harry Fuller, *Cascade Afternoon* (March 1, 2014) https://atowhee.blog/2014/03/01/cascade-afternoon/.

41.    **March 12, 2014.** This day I did some research for intended great gray owl book. I spoke with Robert Nero, Canadian biologist, who wrote the first books about north American great

**PAGE 11 – FIRST DECLARATION OF HARRY FULLER**

gray owls in the 1970s. I blog about the inaccurate range map for great gray owls found on Birds of North America (BNA) online. In Oregon there is not a narrow, continuous line of great gray owl population extending down from Canada through Oregon and the length of California to Yosemite. That's what the BNA map purports. I have already learned that the great gray owls are present in isolated areas, separated by unsuitable habitat where they rarely occur and never breed. Again, consider that it is but a few miles from known great gray owl breeding range in Jackson County to the Siskiyou County line yet not one single great gray owl has ever been sighted in Siskiyou County. Harry Fuller, *Grand Teton Gray* (March 12, 2014)

https://atowhee.blog/2014/03/12/grand-teton-grand-gray/.

42.    **April 25, 2014.** Peter Thiemann shares photo of female great gray owl on her nest platform in meadow near Howard Prairie Lake. Same platform was used by a pair the previous spring. This platform is in conifer forest bordering Howard Prairie Lake and the Doug-firs are as much as 100 feet tall and the canopy dense. "One study found Great Grays preferred unlogged tree stands even when there appeared to be good nest sites in recently logged areas." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 95 (2015).

43.    Great gray owls require dense canopy over roosting and nest sites to protect them and nests from aerial attacks by ravens, goshawk, great horned owls, et al. As I explain in my book, "They roost on limbs near tree trunks, generally in mature, dense forests." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 45 (2015).

44.    **May 3, 2014.** Peter Thiemann and I visited great gray owls at nest platform near Howard Prairie Lake. This is on private land named by birders, Parson's Meadow, after the owner.

**PAGE 12 – FIRST DECLARATION OF HARRY FULLER**

Platform under dense canopy but nearby meadow is good hunting ground. Female still incubating. Hatchlings expected in another week or so.

45. **May 4, 2014.** Took my wife and daughter to see the great gray owl female on her eggs in the platform mentioned above.

46. **May 31-June 1, 2014.** First Mountain Bird Festival, sponsored by Klamath Bird Observatory, based in Ashland. I was president of the Klamath Bird Observatory board of directors and helped organize the festival, which was my brainchild. About 130 people attended. I led field trips both days into the Cascades and each field trip found a great gray owl near Howard Prairie. The owl was the main feature of the festival logo and was the main draw for those attending. At least half of the attendees saw one or more great gray owl on various field trips. With landowner's permission, we hike into private land and find young owls near nest platform. Peter and I have learned how vulnerable young owlets can be. They fledge at around 2-3 weeks, long before they can fly. Harry Fuller, *Mountain Bird Festival by Susan Norris* (June 18, 2014) https://atowhee.blog/2014/06/18/mountain-bird-festival-by-susan-norris/.

47. I describe a fledging in my book this way: "At this time [fledging] they are still flightless and weigh 13 to 27 ounces…To survive the newly-fledged owlets must then climb up into the trees. For this they use beak and talons. At this point dead trees leaning against other trees can offer a life-saving ladder to the vulnerable owlets." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 102 (2015).

48. **June 1, 2014.** Now Peter and I have begun placing leaners in the forest whenever we find ourselves in great gray owl territory.

49. **June 1, 2014.** There are two adult great gray owls hunting in meadow near Howard Prairie Lake. I learn from Steve Godwin of BLM in Medford that that almost certainly means

**PAGE 13 – FIRST DECLARATION OF HARRY FULLER**

they are a mated pair. This pair was seen by over ten birders on our Mountain Bird Festival field trip this date. Previous day's field trip has also seen great gray owl as had several other groups from the festival. Harry Fuller, *Two in One* (June 1, 2014) https://atowhee.blog/2014/06/02/two-in-one/.

50.    **June 5, 2014.** I lead a Klamath Bird Observatory sponsored trip to Malheur National Wildlife Refuge for ten people. We leave at dawn from Ashland and one of the first birds we find are a great gray owl in two different meadows near Howard Prairie Lake. Harry Fuller, *Owling Oregon* (June 5, 2014) https://atowhee.blog/2014/06/06/owling-oregon/.

51.    **June 9, 2014.** Videos from Mountain Bird Festival, including this one of a great gray owl hunting in meadow next to Howard Prairie Lake, are posted on YouTube:   Harry Fuller, *Mountain Bird Videos* (June 9, 2014) https://atowhee.blog/2014/06/09/mountain-bird-videos/.

52.    **July 4-10, 2014.** I and other birders from Ashland, Bend, and Eugene all make visits to campground at Willow-Witt Ranch off Shale City Road. They have an active great gray owl nest. During these days both owlets fledged. The first disappeared. The second was seen with its mother on a fallen log, then a month later with its father in nearby woods. We had located leaners in the nearby forest before the birds fledged. The Willow-Witt owners had heard great gray owls around their ranch for decades, but this was the first confirmed nest on their land. It appeared the owls has used an old, ratty, disintegrating ravens' nest. It was in dense forest with surrounding meadows. Harry Fuller, *A Friday Owl Round Up* (July 11, 2014) https://atowhee.blog/2014/07/11/a-friday-owl-round-up/.

53.    **July 14, 2014.** I blog photos of great gray owl near Howard Prairie, taken by a birder visiting from Corvallis. I had given her directions on where to go look. Harry Fuller, *July Birds Around Ashland* (July 14, 2014) https://atowhee.blog/2014/07/14/july-birds-around-ashland-2/.

**PAGE 14 – FIRST DECLARATION OF HARRY FULLER**

54.    **September 23, 2014.** I spoke at Rogue Valley Audubon Society about the great gray owl nest platform program. We showed off a platform that Peter Thiemann had recently constructed. We have four already placed this year, nearly all in the Cascades east of Ashland.

55.    **October 20, 2014.** I publish a blog post explaining the when and how of the first recorded discovery of a great gray owl nest in Oregon. This was the first written record of such a find. It was in Klamath County. It was in April 1959. Harry Fuller, *Some Ornitharcheology* (Oct. 20, 2014) https://atowhee.blog/2014/10/20/some-ornitharchaeology/.

56.    **November 2, 2014.** Blog about the occurrence of great gray owl sightings on Christmas Bird Counts in the far west. This is result of research I am doing for the book on great gray owls which I hope to finish in 2015. Information included the nest platform program being developed in Jackson County. Harry Fuller, *Great Gray Owl Trivia* (Nov. 2, 2014)

https://atowhee.blog/2014/11/03/some-great-gray-owl-trivia/.

57.    **November 4-7, 2014.** Peter Thiemann and I make a research trip into eastern Oregon. At Klamath Marsh National Wildlife Refuge, we meet a biologist who tells us of their great gray owl population. At least one of their few nest platforms gets used nearly every year. Then on to La Grande where we meet Forest Service biologists who show us some of their 3 dozen platforms and describe the local great gray owl population which there can hunt inside the forest as the aridity keeps the trees far apart and precludes most ground cover greater than grasses and forbs.  Wallowa-Whitman National Forest has the oldest nest platform program in the United States. We also stop at Blue Mountain animal rescue near Pendleton where there are two resident great gray owls—the only long-term captive great gray owls we ever locate in Oregon. Later, Wildlife Images does rehab an injured juvenile great gray owl, but that bird is released back into the wild.

**PAGE 15 – FIRST DECLARATION OF HARRY FULLER**

58.    **November 8, 2014.** A blog post about recent great gray owl sightings in the Jackson

County Cascades. Also information about the newly begun nest platform program.

Harry Fuller, *Living Monument Visits National Monument* (Nov. 8, 2014)

https://atowhee.blog/2014/11/08/living-monument-visits-national-monument/.

59.    **November 18, 2014.** I note in my journal that I am making good progress on researching

data for making the range maps for the great gray owl book. The maps will become the truest

representation yet of where great gray owls breed in the three Pacific states. Other, prior range

maps are computer generated and do not honestly portray the spotty range; islands of great gray

owls surrounded by habitat they cannot use. Great gray owls require habitat that has dense forest

canopy to protect them while roosting and nesting that needs to be near meadows that are not

clogged with brush or willows. They hunt small prey and catch it on the ground so the brush

prevents them from hunting, be it manzanita, ceanothus, Oregon grape, salal, blackberries, or any

such cover that can grow woody and dense. Also, they eat small prey, much of that bone and fur,

and each owl needs about four such creatures per day, so they cannot afford the energy to fly

long distances for hunting. Osprey for example, can afford to fly up to twenty miles for each

fishing expedition but they will catch a fish that is two pounds or more and full of protein and

oil, so their commute distance is no problem. Great gray owls usually hunt within a mile or less

of roosting sites or nest. Only certain parts of the Oregon forests and meadows fit their needs.

There are no great gray owls in most of the Siskiyous because of the brushy meadows in this

region. In some arid parts of North America (like the Wallowa Mountains), the owls actually

hunt between widely spaced trees.

60.    **December 9, 2014.** I blog photo of great gray owl eating a mountain quail chick in

Applegate area of Jackson County. By this time, Peter and I have become known as the great

**PAGE 16 – FIRST DECLARATION OF HARRY FULLER**

gray owl guys and we get sporadic, often detailed, reports from whomever finds an owl in Jackson County. Harry Fuller, *You've Never Seen This Before* (Dec. 9, 2014)

https://atowhee.blog/2014/12/09/youve-never-seen-this-before/.

61.     **December 15, 2014.** I blog a photo of great gray owl near a home off Hwy 66 above Emigrant Lake in Jackson County. The home is above 3000' elevation and the residents regularly see great gray owls hunting their land. It is on Tyler Creek Road and near mature forest with perfect hunting meadow right in front of their house. Harry Fuller, *Is this a Great Yard Bird or What?* (Dec. 15, 2014) https://atowhee.blog/2014/12/15/is-this-a-great-yard-bird-or-what/.

62.     **December 27, 2014.** Peter Thiemann and I find great gray owl plunge mark in the snow of meadow next to Howard Prairie Lake, evidence of hunting since recent snowfall. The owls do not wander far in winter here as they are able to hunt through snow that is not very deep. This meadow is one where a mated pair hunts regularly as they raise young on nearby nest platform in the bordering forest.

63.     **January 3, 2015.** Ashland Christmas Bird Count (CBC) team led by Russ Namitz finds a great gray owl in meadow along Hwy 66. It is the first great gray owl found on the five-year-old Ashland CBC. Harry Fuller, *Great a Great Gray* (Jan. 3, 2015)

https://atowhee.blog/2015/01/05/great-a-great-gray/.

64.     **January 8, 2015.** Met in Klamath Falls area with local man who puts up great gray owl platforms in the Klamath Marsh and other parts of Klamath County. In the evening, I give talk at Klamath Basin Audubon meeting on great gray owls. There I met a birder visiting from Monterey, Chris Hartzell, who asked for clues and then went the next day to find his first-ever great gray owl. Harry Fuller, *Wanna See Some Great Gray Owl Pics* (Jan. 8,2015)

https://atowhee.blog/2015/02/26/wanna-see-some-great-great-gray-owl-pics/.

**PAGE 17 – FIRST DECLARATION OF HARRY FULLER**

65.    **January 22, 2015.** John Bullock and I hear great gray owls calling in meadow in the Cascades. The next evening, I go scouting but fail to find a great gray owl.

66.    **February 1, 2015.** Go owling with friends. We find a great gray owl in the rain near Howard Prairie. It was first spotted north of Dead Indian Memorial Road by Brandon Breen as the light was fading. Harry Fuller, *Super Owl Sunday* (Feb. 1,2015)

https://atowhee.blog/2015/02/01/super-owl-sunday/.

67.    **February 11, 2015.** With Shannon Rio and Kirk Gooding, I go up into the Cascades to look for great gray owls. We find two different birds in separate meadows near Howard Prairie Lake. One was on land within what is now the projected logging area of the Griffin Half Moon parcel. Harry Fuller, *Double or Nuthin'* (Feb. 11, 2015) https://atowhee.blog/2015/02/11/double-or-nuthin/.

68.    **February 15, 2015.** I led a field trip for Klamath Bird Observatory into the Cascades. We saw great gray owl fly up from meadow and into the forest. This was along Hyatt Lake Road in a meadow that borders Howard Prairie Reservoir. There were sixteen people on the field trip.

69.    **February 18, 2015.** I give talk on great gray owls for supporters of Klamath Bird Observatory.

70.    **February 24, 2015.** I blog about Michael Lang a bird photographer from Chico who had asked me for information and then drove up to Jackson County to find great gray owls.

71.    **March 1, 2015.** *Birders' Digest* magazine published my letter about great gray owls and their use of platforms for nesting. Harry Fuller, *Great Grays Get a Little National Press* (March 1, 2015) https://atowhee.blog/2015/03/01/great-grays-get-a-little-national-press/.

72.    **March 19, 2015.** I go into the mountains with Lee French and Karl Schneck. Along Keno Access Road we find Karl's first-ever great gray owl. We were in a breeding territory, perhaps

already established as there was considerable vocalization by the owl. We watched this owl hunt around the meadow for forty-five minutes. Harry Fuller, *Great Gray At End of Day* (March 19, 2015) https://atowhee.blog/2015/03/19/great-and-gray-at-end-of-day/.

73.    **March 30, 2015.** I learn from Peter Thiemann that he has located female great gray owl on a platform at Parson's Meadow, along Hyatt Lake Road, 1.1 miles south of the entrance to Howard Prairie Lake Resort and east of the highway between it and the lake itself. It is the third straight year we have known a pair to use this platform.

74.    **April 25, 2015.** This day I met up with Fred Ramsey and fifteen other birders from Corvallis Audubon. I led them up into the Cascades. We saw a great gray owl on the platform in the private forest bordering Howard Prairie Lake.

75.    **May 9, 2015.** I go with two Ashland birders to Howard Prairie in the afternoon. We find a great gray owl along Dead Indian Road north of the lake.

76.    **May 12, 2015.** I give keynote address on great gray owls at Ladd Marsh Bird Festival in La Grande. While there, I lead field trip to nesting pair using platform placed in the Wallowa-Whitman National Forest.

77.    **May 23, 2015.** First day of birding expedition for members of Golden Gate Audubon. A dozen birders in the group from the Bay Area. Our first day we go into the Cascades. We see two great gray owls near Howard Prairie Lake.

78.    **May 26, 2015.** Scouting for the Mountain Bird Festival, I find adult great gray owl hunting in meadow along Keno Access Road. Harry Fuller, *Great Gray On the Hunt* (May 26, 2015) https://atowhee.blog/2015/05/26/great-gray-on-the-hunt/.

79.    **May 29, 2015.** Copies of great gray owl book, PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON (2015), arrive from the printers!

**PAGE 19 – FIRST DECLARATION OF HARRY FULLER**

80.    **May 30, 2015.** First day of the Mountain Bird Festival. My field trip of sixteen people gets to see four great gray owls, three of which were fledglings. Harry Fuller, *Festival Day 1* (May 30, 2015) https://atowhee.blog/2015/05/30/festival-day-1/.

81.    **May 31, 2015.** Second day of the Klamath Bird Observatory-sponsored Mountain Bird Festival. On my field trip there are sixteen people. We see five great gray owls. One female parent and her two fledglings in the forest alongside Keno Access Road just east of Howard Prairie Lake, an adult hunting in another location along Keno Access, and a fledgling in a tree in private meadow on western shore of Howard Prairie. Harry Fuller, *Mountain Bird Festival Day 2* (May 31, 2015) https://atowhee.blog/2015/05/31/mountain-bird-festival-day-2/.

82.    **June 1, 2015.** A gallery of great gray owl pictures from the Mountain Bird Festival. Harry Fuller, *Mountain Bird Festival: A Great Gray Gallery* (June 1, 2015)

https://atowhee.blog/2015/06/01/mountain-bird-festival-a-great-gray-gallery/.

83.    Since the summer of 2015, I have given talks on great gray owls at several Audubon Societies: Bend, Salem, Corvallis, Eugene, Portland, Grants Pass, San Francisco, Redding, Eureka, Stanislaus County, Sacramento, and twice at the Winter Wings Bird Festival in Klamath Falls. In addition, I have given owling advice to dozens of birders, many of whom have succeeded in seeing the species near Howard Prairie.

84.    **August 19, 2015.** The *Institute for Bird Populations* has just published a study of all known Great Gray Owl nest sites in Yosemite area of the Sierra Nevada.  Here is the official citing for the article: WU, J.X., R.B. SIEGEL, H.L. LOFFLAND, M.W. TINGLEY, S.L. STOCK, K.N. ROBERTS, J.J. KEANE, J.R. MEDLEY, R. BRIDGMAN, AND C. STERMER, *Diversity of nest sites and nesting habitats used by Great Gray Owls in California*, Journal of Wildlife Management 79:937-947 (2015). Some conclusions from this study: "The great gray wwl prefers well-rotted

trees beneath a fairly dense canopy."  Message to land managers: don't rip down all your old, rotting oaks or Doug-fir. "Many of the preferred nest snags lasted about five years after the first nesting use.  Good naturally occurring nest trees are ephemeral. Slowly deteriorating trees like incense-cedar and sugar pines are not used for nesting." Harry Fuller, *Great Gray Owl Nest Research* (Aug. 19, 2015) https://atowhee.blog/2015/06/01/mountain-bird-festival-a-great-gray-gallery/.

85.    **October 17, 2015.** Led my own field trip and other groups of birders to Howard Prairie area looking for great gray owls. Harry Fuller, *Big One Got Away (almost) But Another Big One Put On A Show* (Oct. 17, 2015) https://atowhee.blog/2015/10/17/big-one-got-away-but-another-big-one-put-on-a-show/.

86.    **January 14, 2016**. I give talk at Grants Pass Audubon meeting focusing on great gray owls.

87.    **March 9-20, 2016**. I travel to California to give three great gray owl talks for Golden Gate, Sacramento, and Stanislaus County Audubon Societies.

88.    **April 12, 2016.** I give talk on great gray owls to about 100 attendees at Portland Audubon's Nature Center.

89.    **April 16, 2016.** I give talk on great gray owls at Godwit Days Bird Festival, Arcata and Eureka, CA.

90.    **May 11, 2016.** I give a talk on great gray owls to Monterey, CA Audubon Society.

91.    **May 20, 2016.** I was out scouting before the start of Klamath Bird Observatory's Mountain Bird Festival. I found a great gray owl in the snow. Harry Fuller, *Great Gray Owl and Everything Imaginable* (May 20,2016) https://atowhee.blog/2016/05/20/great-gray-owl-and-everything-imaginable/.

**PAGE 21 – FIRST DECLARATION OF HARRY FULLER**

92.    **May 21, 2016.** First day of bird festival in Ashland. Two groups of over thirty birders (total) go to Keno Access Road and see the great gray owl, the #1 target bird of the festival. Harry Fuller, *Mountain Bird Festival Day 1* (May 21, 2016) https://atowhee.blog/2016/05/21/mountain-bird-festival-day-1/.

93.    **May 22, 2016.** Second day of bird festival, once again a great gray owl obliges for over fifteen birders on my field trip. Other groups also see the birds. Harry Fuller, *Great Gray Owls Join the Bird Festival* (May 22, 2016) https://atowhee.blog/2016/05/22/great-gray-owls-join-the-bird-festival/.

94.    **May 28, 2016.** I lead a three-day trip for Golden Gate Audubon Society in southern Cascades—first day we find great gray owls near Howard Prairie. Here is a blog from one of the birders on our trip: Maureen Lahiff, *Ashland Is for the Birds* (June 20, 2016) http://goldengateaudubon.org/blog-posts/ashland-is-for-the-birds/; Harry Fuller, *Cascades Cavalcade* (May 28, 2016) https://atowhee.blog/2016/05/28/cascades-cavalcade/.

95.    **August 1, 2016.** I blog about Mel Clements' day with a great gray owl in Howard Prairie area. Harry Fuller, *Hunting for the Hunter in the Cascades*, (Aug. 1, 2016) https://atowhee.blog/2016/08/01/hunting-for-the-hunter-in-cascades/.

96.    **August 15, 2016.** Several birders see total of four great gray owls near Howard Prairie. Harry Fuller, *Great Gray Festival Continues* (Aug. 15, 2016) https://atowhee.blog/2016/08/15/great-gray-festival-continues/.

97.    **August 23, 2016.** Eugene birder reports success in finding a great gray owl near Ashland after seeking my advice on where to look. My blog of his notes: Harry Fuller, *Eugene Birder Finds the Bird* (Aug. 23, 2016) https://atowhee.blog/2016/08/23/eugene-birder-finds-the-bird/.

98.    **August 29, 2016.** I write to *Audubon Magazine* about their boreal birds article with a great gray owl pictured. Harry Fuller, *A Mini Lecture for Audubon Magazine* (Aug. 29, 2016) https://atowhee.blog/2016/08/29/a-mini-lecture-for-audubon-magazine/.

99.    **August 30, 2016.** I blog about Mel Clements' visit with a great gray owl near Howard Prairie. Harry Fuller, *Let Sleeping Owls Sleep* (Aug. 30, 2016)  https://atowhee.blog/-2016/08/30/let-sleeping-owls-sleep/.

100.    **September 1, 2016.** I blog about great gray owl seen in Howard Prairie area by Peter and Linda Kreisman of Ashland. Harry Fuller, *The Owl and the Woodpecker* (Sept. 1, 2016) https://atowhee.blog/2016/09/01/the-owl-and-the-woodpecker/.

101.    **September 7, 2016.** I write an illustrated blog on how to age a great gray owl from its facial feathers. Harry Fuller, *More on How to Age a Great Gray Owl* (Sept. 7, 2016) https://atowhee.blog/2016/09/07/more-on-how-to-age-a-great-gray-owl/.

102.    **September 12, 2016**. I blog about video of a great gray owl taken by two visiting birders who went to Howard Prairie on my advice to seek out the owls. Harry Fuller, *Great Gray Video* (Sept. 12, 2016) https://atowhee.blog/2016/09/12/great-gray-video/.

103.    **September 14, 2016.** I blog about Mel Clements' two hunting great gray owls. Harry Fuller, *Those Jackson County Great Grays Continue To Preform* (Sept. 14, 2016) https://atowhee.blog/2016/09/14/those-jackson-county-great-grays-continue-to-perform/.

104.    **September 30, 2016.** I give a talk on Great Gray Owls at the Wild Birds Unlimited store in Medford.

105.    **October 6, 2016.** I give a talk on birding in Oregon, with emphasis on the great gray owl at Third Street Books in McMinnville, OR.

106.    **November 8, 2016.** I give a talk to Salem Audubon about great gray owls.

**PAGE 23 – FIRST DECLARATION OF HARRY FULLER**

107.    **November 4, 2016.** I blog about a newly published study on saving California's state-listed endangered great gray owls. Harry Fuller, *Saving California's Great Gray Owls* (November 4, 2016)  https://atowhee.blog/2016/11/04/saving-californias-great-gray-owls/ (study available at Institute for Bird Populations, *Great Gray Owl Research and Conservation in California*, https://www.birdpop.org/pages/greatGrayOwlResearch.php (last visited April 9, 2020)).

108.    **January 27, 2017**. I blog on the expansion of the Cascades-Siskiyou National Monument, which is good for great gray owls. Harry Fuller, *Great Gray Owls Win for Now* (Jan. 27, 2017) https://atowhee.blog/2017/01/27/great-gray-owls-win-one-for-now/.

109.    **March 20, 2017.** I blog on the Rogue Valley Audubon nest platform program in Jackson County. Harry Fuller, *Great Gray Owl in Jackson County Good News and More Good News,* (March 20, 2017) https://atowhee.blog/2017/03/20/great-gray-owl-in-jackson-county-good-news-and-more-good-news/.

110.    **May 26, 2017.** I lead a Klamath Bird Observatory field trip into the Cascades. We see great gray owls near Howard Prairie. Harry Fuller, *Southern Cascades in May* (May 26, 2017) https://atowhee.blog/2017/05/26/southern-cascades-in-mau/.

111.    **May 27-29, 2017.** I lead a field trip in Southern Oregon for Golden Gate Audubon. Great gray owls were one of our target species. I blog on listing all birds seen, including great grays at Howard Prairie. Harry Fuller, *Three Days Birding Southern Oregon, The List* (May 31, 2017) https://atowhee.blog/2017/05/31/three-days-birding-southern-oregon-the-list/.

112.    **September 24, 2017.** On a field trip with local birders in Jackson County, we find adult and young great gray owls hunting meadow along Keno Access Road. We also found great gray

owls in a meadow along the west shore of Howard Prairie Lake. Harry Fuller, *Great Gray Great Day* (Sept. 25, 2017) https://atowhee.blog/2017/09/25/great-graygreat-day/.

113.    **November 7, 2017.** I blog pictures from Peter Thiemann of a great gray owl hunting in first snow of the year in Howard Prairie area. Harry Fuller, *Snow Cold and Owl In Southern Cascades* (Nov. 7, 2017) https://atowhee.blog/2017/11/07/snow-cold-and-owl-in-southern-cascades/.

114.    **January 31, 2018.** I blog about a newly published study of Rim Fire in Yosemite area and its effects on great gray owls. Harry Fuller, *Great Gray Owls and Forest Fires* (Jan. 31, 2018) https://atowhee.blog/2019/01/31/great-gray-owls-and-forest-fires/.

115.    **March 24, 2018.** I blog about my visit to Lindsay Museum in Contra Costa County, California. There I spoke about great gray owls in the presence of Shadow, the only captive great gray owl in all of California. About sixty people attended. Harry Fuller, *Eye to Eye with a Great Gray Owl* (March 24, 2018) https://atowhee.blog/2018/03/24/eye-to-eye-with-a-great-gray-owl/.

116.    **April 9, 2018.** I blog about Peter Thiemann's photo of female great gray owl on her nest platform near Howard Prairie Lake. Harry Fuller, *Great Gray Owl Nesting Season* (April 9, 2018) https://atowhee.blog/2018/04/09/great-gray-owl-nesting-season/.

117.    **May 24, 2018.** Scouting before my field trip with fellow birder, John Bullock of Ashland. We saw a great gray owl. Harry Fuller, *Owls, A-Pollen-Air And Sex In Public, Just Birding Folks* (May 24, 2018)  https://atowhee.blog/2018/05/24/owls-a-pollen-air-and-sex-in-public-just-birding-folks/.

118.    **May 25-26, 2018.** First day of the 2018 Golden Gate Audubon field trip to southern Oregon. We see great gray owls near Howard Prairie Lake including two adults at the nesting site and nearby. Harry Fuller, *Birding the Southern Cascades May 26* (May 26, 2018)

**PAGE 25 – FIRST DECLARATION OF HARRY FULLER**

https://atowhee.blog/2018/05/26/birding-the-southern-cascades-may-26/; Harry Fuller, *May 25, great gray gallery* (May 26, 2018) https://atowhee.blog/2018/05/26/may-25-great-gray-gallery/.

119.    **June 20, 2018.** I blog about fledged owlets at nest platform near Howard Prairie. Harry Fuller, *Great Gray Owls A Family Album* (June 20, 2018) https://atowhee.blog/2018/06/20/great-gray-owls-a-family-album/.

120.    **July 17, 2018.** Peter's pictures of the owlets from the same platform as cited above on June 20, 2018. Harry Fuller, *Portraits of Great Gray Owlets* (July 17, 2018) https://atowhee.blog/2018/07/17/portraits-of-great-gray-owlets/.

121.    **July 24, 2018.** One of the many birders who've asked me for info on where to see great gray owls near Ashland sent me pictures from one in meadow next to Howard Prairie Lake east of Hyatt Lake Road. Harry Fuller, *Great Gray Owl Posted*, (July 24, 2018) https://atowhee.blog/2018/07/24/great-gray-owl-posted/.

122.    **September 4, 2018.** A California birder had my advice on where to look and after finding a great gray owl and sent me pictures. Harry Fuller, *The Phantom in the Forest* (Sept. 4, 2018) https://atowhee.blog/2018/09/04/the-phantom-in-the-forest/.

123.    In 2019, I participated with biologists for a federal agency who are surveying for great gray owls in Marion and Clackamas Counties. I anticipated this surveying to continue in 2020, but for social distancing required by the unveiling COVID-19 pandemic, it is uncertain when surveys can resume.

124.    **Oct. 3, 2019.** Paul Sullivan leads group of Willamette Valley birders to Ashland area for great grays and other montane species. I had hooked Paul up with a local Ashland guide to take them to best owl spots. Harry Fuller, *Ashland Go To spot for Great Gray Owls* (Oct. 3, 2019) https://atowhee.blog/2019/10/03/ashland-go-to-spot-for-great-gray-owls/.

**PAGE 26 – FIRST DECLARATION OF HARRY FULLER**

125.     As I note in my book, "As climate change affects Great Grays' habitat, heat and dehydration may reduce its current range." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 34 (2015).

126.     I go on to explain that "This immense owl is a scarce, sought-after icon of the boreal forest. It occurs at the present time chiefly in Canada and Alaska, with outposts in widely scattered locations like Yosemite and Yellowstone national parks. Audubon's climate model shows northward movement of the range, but not nearly enough to compensate for the losses within the region of current climate suitability, and much of the new climate space is north of the boreal forests this owl needs. The isolated populations in the Lower 48 states appear to be particularly threatened by climate change." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 170 (2015); *see also*, National Audubon Society's Birds and Climate Change Report, 2014).

127.     Jackson County's great gray owls are among the most southerly on earth. Only the 300 or so in California are in warmer and dryer places and that population was listed on the California Endangered Species List. PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 62 (2015); (*see also*, State of California Dept. of Fish and Wildlife, *State and Federally Listed Endangered and Threatened Animals of California*, 10 (2019) *available at* https://nrm.dfg.ca.gov/FileHandler.ashx?DocumentID-=109405&inline) (last visited March 24, 2020).

128.     Based on my expertise and experience, there may be fewer than 5,000 of these great birds in the three states of Washington, Oregon, and California. Most are in scattered forests of central and eastern Oregon. As I explain in my book, "In the 1980s there were time-lapse movies taken of some great gray owl nest sites in northeastern Oregon. The film still exists but it has never

**PAGE 27 – FIRST DECLARATION OF HARRY FULLER**

been put online for the public to see…Because there's concern over the great gray owl's small population and its conservation status along the Pacific Slope even federal data is not always shared with the public." PETER J. THIEMANN AND HARRY FULLER, GREAT GRAY OWLS IN CALIFORNIA OREGON AND WASHINGTON 56 (2015).

129.    The Griffin Half Moon timber sale is known to have occupied great gray owl nest sites, and its forest canopy is ideal for both great gray owl nesting and roosting. I have seen such nests myself as have other observers. The small meadows in the vicinity of the timber sale provide ideal great gray owl hunting territories with plenty of small mammals, their usual prey.

130.    It is my understanding that logging units 12-1, 13-2, 13-3A, 13-3B, 13-4, and 15-1 in the Griffin Half Moon timber sale proposes to harvest occupied great gray owl nesting sites that were previously protected by BLM timber planners through the Survey and Manage wildlife habitat buffer program of the Northwest Forest Plan. While BLM timber sales in the vicinity of Howard Prairie have provided no-logging buffers for great gray owl nests over the past 25 years, the recent Griffin Half Moon timber sale appears to specifically target known, occupied great gray owl nesting sites for logging.

131.    It is impossible to overstate the harm that such logging would cause to me, my friends, and colleagues, all of whom care about the great gray owl population and habitat in the vicinity of Howard Prairie. I am both shocked and saddened that BLM timber planners have reversed course and now intentionally target previously protected great gray owl nesting habitat for logging.

132.    While the logging of specific Griffin Half Moon timber sale units would be devastating to my personal particularized interests, the greater harm comes from targeting the healthiest and most robust source population for this species in the lower 48 states. Such shortsighted logging

may have long-term consequences for public lands managers, birders, and ecosystems throughout the west coast.

133.    My future plans for the use and enjoyment of the birding in the vicinity of Howard Prairie is as follows. I will continue to advise other birders on where to find great gray owls in Jackson County. I will also lead birding trips there myself. In the past I have given great gray owl talks for Klamath Bird Observatory, Wild Birds Unlimited, several California and Oregon Audubon societies, and the Ashland Library. I will be leading a trip to the Ashland area this May 2020, if allowed, for Salem Audubon Society and hope to do future trips in the vicinity of Howard Prairie Lake for both Klamath Bird Observatory and KS Wild.

Dated this 9th day of April, 2020.

/s/Harry Fuller        .
Harry Fuller

**PAGE 29 – FIRST DECLARATION OF HARRY FULLER**