| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 17 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

KLAMATH-SISKIYOU WILDLANDS CENTER; et al.,

        Plaintiffs-Appellees,

 v.

BUREAU OF LAND MANAGEMENT,

        Defendant-Appellant,

 and

MURPHY COMPANY,

        Intervenor-Defendant.

No. 21-35980

D.C. No. 1:19-cv-02069-CL
District of Oregon,
Medford

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 9) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator