SUSAN JANE BROWN (OSB #054607)
Western Environmental Law Center
4107 NE Couch Street
Portland, Oregon 97232
(503) 914-1323 | Phone
brown@westernlaw.org

SANGYE INCE-JOHANNSEN (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, Oregon 97401
 (541) 778-6626 | Phone
sangyeij@westernlaw.org

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, CASCADIA WILDLANDS, and SODA MOUNTAIN WILDERNESS COUNCIL, <br><br> *Plaintiffs,* <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> *Defendant.* | Civ. Case No. 1:19-cv-02069-CL <br><br> **JOINT MOTION TO FURTHER STAY PROCEEDINGS** |

Plaintiffs and Federal Defendant Bureau of Land Management (BLM) jointly request a further 30-day stay in proceedings on Plaintiffs' Motion for Attorneys' Fees and Costs to allow them to attempt a negotiated resolution of this matter. On April 15, 2022, Plaintiffs submitted their Motion for Attorneys' Fees and Costs (ECF 65) and the parties requested a 45-day stay in proceedings (ECF 66). This Court granted the 45-day stay. ECF 67. The instant request to

further stay the proceedings is made to give Plaintiffs and Federal Defendant time to complete settlement discussions which, if successful, would minimize the need for additional briefing and involvement from this Court.

On or before the expiration of the 30-day requested stay, the Plaintiffs and Federal Defendant will either: (1) request a reasonable extension of the period in order to continue and possibly finalize settlement negotiations; (2) inform the Court that a settlement has been reached and file a stipulated settlement agreement; or (3) inform the Court that a stipulated agreement could not be reached and propose a briefing schedule for resolving Plaintiffs' motion. The briefing schedule proposed will include reasonable deadlines for Plaintiffs to file a renewed and updated motion, the Federal Defendants' response, and Plaintiffs' reply.

Date:   May 31, 2022.          Respectfully submitted,

   /s/ Susan Jane M. Brown
Susan Jane M. Brown (OSB #054607)
Western Environmental Law Center
4107 NE Couch Street
Portland, Oregon 97232
(503) 914-1323 | Phone

*Attorney for Plaintiffs*

SCOTT ERIK ASPHAUG, OSB # 833674
United States Attorney
District of Oregon

   /s/ Sean E. Martin
SEAN E. MARTIN, OSB # 054338
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010

*Attorneys for Defendant*

PAGE 2 - JOINT MOTION TO FURTHER STAY PROCEEDINGS